UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRAD POLLACK, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | |
| –against– | No. 20 Civ. 7160-ER |
| JERNIGAN CAPITAL, INC., JOHN A. GOOD, MARK O. DECKER, JAMES DONDERO, HOWARD A. SILVER, HARRY J. THIE, AND REBECCA OWEN, | |
| Defendants. | |
| JOHN R. ERICKSON, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | No. 20 Civ. 9575-MKV |
| –against– | |
| JERNIGAN CAPITAL, INC., JOHN A. GOOD, MARK O. DECKER, JAMES DONDERO, HOWARD A. SILVER, HARRY J. THIE, AND REBECCA OWEN, | |
| Defendants. | |

RAMOS, D.J.:

The Court is in receipt of Movant Erickson's motion to consolidate the above-captioned cases and be appointed lead counsel. Docs. 13, 17. However, Case No. 18-cv-7160-ER was dismissed on October 29, 2020 pursuant to Plaintiff Pollack's notice of voluntary dismissal. Case No. 18-cv-7160-ER is thus closed. Erickson's motion to be appointed lead plaintiff and

consolidate the above-captioned cases is therefore DENIED.  The Clerk of the Court is respectfully instructed to terminate docket numbers 13 and 17.

It is SO ORDERED.

Dated: January 14, 2021

                                                              New York, New York
                                                               Edgardo Ramos, U.S.D.J.